AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

| District | MASSACHUSETTS |
|---|---|

| Name | RICHARD RANDOLPH | Prisoner No. | Case No. |
|---|---|---|---|

Place of Confinement

MASSACHUSETTS CORRECTIONAL INSTITUTION — NORFOLK

2004 JAN 21 P 2:33

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| RICHARD RANDOLPH | V. LUIS SPENCER |

MAGISTRATE JUDGE DPW

The Attorney General of the State of: MASSACHUSETTS

04 CV 10136 DPW

## PETITION

1. Name and location of court which entered the judgment of conviction under attack

   SUFFOLK SUPERIOR COURT, BOSTON, MASSACHUSETTS

2. Date of judgment of conviction   DECEMBER 10, 1986

3. Length of sentence   LIFE WITHOUT POSSIBILITY OF PAROLE

4. Nature of offense involved (all counts)   FIRST DEGREE MURDER

   ARMED ASSAULT IN A DWELLING

   ASSAULT AND BATTERY BY MEANS OF A DANGEROUS

   WEAPON

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty   ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☒
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __MASSACHUSETTS SUPREME JUDICIAL COURT__

   (b) Result __AFFIRMED__

   (c) Date of result and citation, if known __JUNE 1, 1993    415 MASS. 364__

   (d) Grounds raised __1) Defendant deprived access to witness's psychological records__
   __2) Erroneous instruction on reasonable doubt; 3) erroneous instruction on__
   __felony in crime of armed assault; 4) denial of motion for new trial;__
   __5) c.278 Sec. 33E relief__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __SUFFOLK SUPERIOR COURT__

   (2) Nature of proceeding __MOTION FOR A NEW TRIAL__

   (3) Grounds raised __NEWLY DISCOVERED EXCULPATORY EVIDENCE__

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒   No ☐

(5) Result __DENIED__

(6) Date of result __AUGUST 7, 1991__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __SUFFOLK SUPERIOR COURT__

(2) Nature of proceeding __MOTION FOR A NEW TRIAL OR IN THE ALTERNATIVE MOTION FOR A LESSER INCLUDED OFFENSE__

(3) Grounds raised __INEFFECTIVE ASSISTANCE OF COUNSEL; ERRONEOUS JURY INSTRUCTIONS ON FIRST DEGREE MURDER, MALICE, VOLUNTARY MANSLAUGHTER, INVOLUNTARY MANSLAUGHTER; INTOXICATION; UNCONSTITUTIONAL BURDEN SHIFTING INSTRUCTION ON HEAT OF PASSION ON SUDDEN PROVOCATION__

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __MOTION DENIED__

(6) Date of result __AUGUST 10, 2000__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☒   No ☐  – 438 MASS. 290 (2002)
(2) Second petition, etc.   Yes ☒   No ☐
1/22/03 – Petition for rehearing denied

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: First degree murder conviction obtained by unconstitutional burden shifting jury instruction on issue of voluntary manslaughter.

Supporting FACTS (state *briefly* without citing cases or law) Potential verdict of voluntary manslaughter based upon heat of passion on sudden provocation as opposed to first degree murder was a real and viable issue at trial. The Supreme Judicial Court found the Judge's instruction to have been unconstitutional in that it shifted the burden of proof from the government to the defendant. Issue not raised by trial counsel, first appellate counsel or by the Supreme Judicial Court in its plenary review under G.L.c. 278 Section 33E.

B.  Ground two: Ineffective assistance of court appointed trial and appellate counsel.

Supporting FACTS (state *briefly* without citing cases or law) Failure to raise issue of unconstitutional burden shifting jury instruction on requirement that government must prove beyond a reasonable doubt absence of heat of passion on sudden provocation. As a consequence standard of review by Supreme Judicial Court elevated resulting in denial of due process to defendant.

(5)

AO 241 (Rev. 5/85)

C. Ground three: Ineffective assistance of counsel - denial of due process of law.

Supporting FACTS (state *briefly* without citing cases or law)
Erroneous jury instructions on malice;
Premeditation and deliberation; and
Voluntary intoxication.

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing   ALFRED PAUL FARESE, 366 BROADWAY, EVERETT, MA

(b) At arraignment and plea   ALFRED PAUL FARESE

(6)

AO 241 (Rev. 5/85)

(c) At trial    1st TRIAL WHICH ENDED IN MISTRIAL ALFRED PAUL FARESE
2nd TRIAL JOHN COURTNEY, 90 SALEM STREET, MALDEN, MA

(d) At sentencing    JOHN COURTNEY

(e) On appeal    WILLIAM M. WHITE, JR.
15 COURT SQUARE, BOSTON, MA

(f) In any post-conviction proceeding    MARY T. ROGERS
101 TREMONT STREET, SUITE 708, BOSTON, MA

(g) On appeal from any adverse ruling in a post-conviction proceeding
MARY T. ROGERS

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*[signature]*
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1/20/04
(date)

*Richard Randolph*
Signature of Petitioner

(7)