UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD RANDOLPH,<br>Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>Respondent. | Civil Action No. 04-10136-DPW |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING IN OPPOSITION TO THE
PETITION FOR A WRIT OF HABEAS CORPUS**

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time within which he must file a responsive pleading to the petition for a writ of habeas corpus, from April 12, 2004, to April 23, 2004. In support of the motion, the respondent states that, due to the press of a number of other matters, including: preparing a petition for certiorari to the United States Supreme Court in *Spencer v. Norton*, No 04-____, filed on March 2, 2004; filing a supplemental appendix in that case in the Supreme Court on April 15, 2004; filing a motion to quash a subpoena directed to the District Attorney for Middlesex County in the United States District Court in *Curley v. NAMBLA*, No. 00-CV-10956-GAO on February 6, 2004; filing an opposition to a petition pursuant to G.L. c. 211, § 3, in the Single Justice Session of the Supreme Judicial Court in *District Attorney for the Norfolk District v. Quincy Division of the District Court Department,* No. SJ-2004-0011, on February 12, 2004; filing an opposition to a motion for a preliminary injunction in Suffolk Superior Court in *Darren Stokes v. Barry Lacroix,* et al., No. 04-

0443-A, on February 17, 2004, with argument on February 19, 2004; prosecuting the case of *Commonwealth v. Jose colon Fernandez*, No 2003-190, in Middlesex Superior Court, scheduled for a jury trial on March 24, 2004; preparing several Memoranda of Law in opposition to defense motions in Norfolk Superior Court in *Commonwealth v. Timothy White*, No. CR03-0154-001-012, for a hearing on March 17, 2004; filing an opposition to a request for an evidentiary hearing in the United States District Court for the District of Massachusetts in *Birks v. Spencer*, No. 03-30020-MAP, on March 26, 2004; filing a Memorandum of Law opposing the merits of a federal habeas petition in the United States District Court in *Christian v. Ficco*, No. 03-11173-RGS, on April 8, 2004; and filing an Answer and Supplemental Answer in the District Court in *Roberio v. Hall*, No. 03-12624-DPW, on April 22, 2004, the undersigned assistant attorney general requires the additional time to prepare an adequate pleading in opposition to the instant petition, said pleading being filed with this motion.

WHEREFORE, the respondent respectfully requests that this Court grant him until April 23, 2004 to file a responsive pleading to the petition for a writ of habeas corpus

                                              Respectfully submitted,
                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              Dean A. Mazzone
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200 ext. 2852
                                              BBO No. 640866

Dated: April 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the petitioner's counsel, addressed as follows: Robert J. Wheeler, Jr., Wheeler & O'Brien, P.C., 160 State Street, 8th Floor, Boston, MA, 02109, by first class mail, postage prepaid, on April 23, 2004.

_____
Dean A. Mazzone



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 23, 2004

Anthony Anastas, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:    ***Richard Randolph v. Luis Spencer***
             Civil Action No. 04-10136-DPW

Dear Mr. Anastas:

    Enclosed for filing in the above-referenced case please find the respondent's motion to enlarge time to respond to petition for writ of habeas corpus, motion to dismiss petition with attached docket sheets, and certificate of service.

    Thank you very much for your assistance.

                                                        Very truly yours,

                                                        Dean A. Mazzone
                                                        Assistant Attorney General
                                                        (617) 727-2200, ext. 2852

Enclosures

cc: Robert J. Wheeler, Jr., Esq.