UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD RANDOLPH,
    PETITIONER,

v.

LUIS SPENCER,
    RESPONDENT

CIVIL ACTION
NO. 04-10136-DPW

## RESPONDENT'S MOTION TO DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner, Richard Randolph. As grounds therefor, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Dean A. Mazzone, BBO # 640866
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Date: April 23, 2004