```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

RICHARD RANDOLPH              )
     Petitioner,              )     CIVIL ACTION NO.
                              )     04-10136-DPW
     v.                       )
                              )
                              )
LUIS SPENCER,                 )
     Respondent.              )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered July 7, 2004, denying the Petition for Habeas Corpus relief, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

```
                              BY THE COURT,


                               /s/ Rebecca Greenberg
                              Deputy Clerk
```

DATED: July 7, 2004